**99–1913. State ex rel. Harrison v. Alford–Smith.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

On motion for sanctions for frivolous action and motion for attorney fees. Motions denied.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1990. State ex rel. Graham v. Ohio Adult Parole Auth.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–2053. State ex rel. Prunty v. Saferin.**

In Mandamus. On complaint in mandamus by Robert E. Prunty and on motion for summary judgment. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–2062. State ex rel. Davis v. Ohio Adult Parole Auth.**

In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–2064. State ex rel. McDougall v. Corrigan.**

In Procedendo. On answer of respondent and on motion for judgment on pleadings. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–2071. State ex rel. Wood v. Ohio Adult Parole Auth.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents and would grant an alternative writ.

**99–2096. State ex rel. Johnson v. Court of Appeals for Scioto Cty.**

In Mandamus. On answer of respondent and on motion for summary judgment. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–2102. Goffinet v. Stuckenberg.**

In Habeas Corpus. On petition for writ of habeas corpus by Mary Goffinet. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–2114. Snider v. Ohio Adult Parole Auth.**

In Habeas Corpus. On petition for writ of habeas corpus by Douglas Gene Snider. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–2128. Wente v. Mitchell.**

In Habeas Corpus. On petition for writ of habeas corpus by Charles Wente. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–2141. Beyers v. Ohio Adult Parole Auth.**

In Habeas Corpus. On petition for writ of habeas corpus by Robert Beyers. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–2148. State ex rel. Mickey v. Troutman.**

In Habeas Corpus. On petition for writ of habeas corpus by Audrey Mickey. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.